1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9

10 TIMOTHY D. HUNTER,                           Civil No. C11-1889-RAJ-MAT

11        Plaintiff,

12        vs.                                    [PROPOSED] ORDER FOR EXTENSION   OF
                                                 TIME TO FILE A RESPONSE
13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,

14        Defendant.

15        Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date

16 shall be amended as follows:

17        Defendant shall have up to and including February 16, 2012, to file a Response to

18 Plaintiff's Complaint.

19        DATED this 24th day of January 2012.

20

21

22        Mary Alice Theiler
          United States Magistrate Judge

23

1

2   Presented by:

3   s/ Jeffrey R. McClain
    JEFFREY R. MCCLAIN
4   Special Assistant U.S. Attorney
    Office of the General Counsel
5   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
6   Seattle, WA 98104-7075
    Telephone:  (206) 615-2732
7   Fax:  (206) 615-2531
    jeffrey.mcclain@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23