UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TIMOTHY D. HUNTER, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. C11-1889-RAJ-MAT <br><br><br> ORDER AMENDING THE <br> SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 11, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 25, 2012, to file a reply brief.

DATED this 16th day of April, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov