UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY D. HUNTER, ) <br> )    CASE NO. C11-1889-RAJ <br>     Plaintiff, ) <br> ) <br>     v. ) <br> )    ORDER OF REMAND <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 21.) The court orders as follows:

(1) The court adopts the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. # 22);

(2) The court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall enter judgment for Plaintiff.

DATED this 4th day of May 2012.

                                              *Richard A. Jones*
                                   The Honorable Richard A. Jones
                                   United States District Court Judge