01

02

03

04

05                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
06                           AT SEATTLE

07  TIMOTHY D. HUNTER,                  )
                                        )     CASE NO. C11-1889-RAJ
08          Plaintiff,                  )
                                        )
09          v.                          )
                                        )     ORDER OF REMAND
10  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
11                                      )
            Defendant.                  )
12  _____  )

13
            The parties filed a stipulated motion to reverse and remand this case for further

14  administrative proceedings.   (Dkt. 21.)   The court orders as follows:

15          (1)     The court adopts the Report and Recommendation of the Honorable Mary Alice

16                  Theiler, United States Magistrate Judge.   (Dkt. # 22);

17          (2)     The court REVERSES and REMANDS this matter for further administrative

18                  proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

19          (3)     The Clerk shall enter judgment for Plaintiff.

20          DATED this 4th day of May 2012.

21                                                  _____
                                                    The Honorable Richard A. Jones
22                                                  United States District Court Judge

ORDER OF REMAND
PAGE -1